# UNITED STATES DISTRICT COURT

District of _____

MICHELLE E. LATTIMER

V.

HALLMARK HEALTH SYSTEM, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11072 RCL**

TO: (Name and address of Defendant)

CEO, HALLMARK HEALTH SYSTEM, INC.
100 HOSPITAL ROAD
MALDEN, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAMELA J. COVENEY, DISABILITY LAW CENTER, INC., 11 BEACON STREET, SUITE 925,
BOSTON, MASSACHUSETTS 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                5-23-05

CLERK                                            DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MAY 25, 2005 at 1:00 P.M. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):    BY GIVING SAID COPIES IN HAND TO THERESA MCGUIRE, LEGAL ASSISTANT, AND ITS AGENT IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT HALLMARK HEALTH, 585 LEBANON STREET, MELROSE, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $26.00 | $25.00 | $51.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/2005   _[signature]_
               Date        Signature of Server

DAVID G. BEDUGNIS, SR., CONSTABLE/DISINTERESTED PERSON
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*[Handwritten annotations in margins:]* CEO Hallmark Health System Inc 100 Hospital; McGuire 585 Leb; Legal; 3rd Floor; Theresa McGuire 10 km; 5/25/2005 served at #Dav; 5/25/2005 Attempt 12:30 pm Reld 585 Lebanon St Melrose