UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE E. LATTIMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-11072-RCL |
| | ) |
| HALLMARK HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT HALLMARK HEALTH SYSTEM, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.3, the Defendant, Hallmark Health System, Inc., states::

1)	Hallmark Health System, Inc.'s parent corporation is Hallmark Health Corporation; and

2)	Hallmark Health System, Inc. has no stock.  Therefore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

HALLMARK HEALTH SYSTEM, INC.

By its attorneys,

s/John M. Simon
Macon P. Magee (BBO #550602)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: September 14, 2005