UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE E. LATTIMER, <br><br> Plaintiff, <br><br> v. <br><br> HALLMARK HEALTH SYSTEM, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-cv-11072-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT HALLMARK HEALTH SYSTEM, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We hereby affirm that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

HALLMARK HEALTH SYSTEM, INC.

_____
Charles R. Whipple, Esq.
General Counsel

COUNSEL FOR DEFENDANT
HALLMARK HEALTH SYSTEM, INC.

_____
Macon Magee (BBO #550602)
John M. Simon (BBO #645557)
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: September 14, 2005