UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE E. LATTIMER, | ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) Civil Action No. 05-11072 RAL </br> ) </br> ) |
| HALLMARK HEALTH SYSTEM, INC., | ) </br> ) |
| Defendant. | ) |

## JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE FACT DISCOVERY

Plaintiff Michelle E. Lattimer ("Plaintiff") and Defendant Hallmark Health System, Inc. ("Hallmark") (collectively "the parties") hereby request that the Court extend the time by which the parties may complete fact discovery until June 30, 2006. The parties further request that the Court extend the time by which they may submit dispositive motions up to and including August 31, 2006.

In support of this motion, the parties state that they need additional time to schedule depositions, conduct interviews, and explore possible settlement.

WHEREFORE, Plaintiff Michelle E. Lattimer and Defendant Hallmark Health System, Inc. request that this Court grant their motion to extend the time in which they may complete fact discovery and submit dispositive motions up to and including June 30, 2006, and August 31, 2006, respectively.

Respectfully submitted,

| | |
|---|---|
| Michelle E. Lattimer | Hallmark Health Systems, Inc. |
| By her attorney | By its attorneys |
| ___/s/ Pamela J. Coveney_____ | __/s/ John Simon_____ |
| Pamela J. Coveney, BBO # 107280 | Macon P. Magee, BBO # 550602 |

Disability Law Center  
11 Beacon Street, Suite 925  
Boston, MA 02108  
(617) 723-8455  

John Simon, BBO # 645557  
Stoneman, Chandler, & Miller, LLP  
99 High Street  
Boston, MA 02110  
(617) 542-6789  

March 29, 2006