UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE E. LATTIMER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HALLMARK HEALTH SYSTEM, INC. )<br>)<br>Defendant. ) | Civil Action No. 05-11072RCL |

### JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE FACT DISCOVERY

Plaintiff Michelle E. Lattimer ("Plaintiff") and Defendant Hallmark Health Systems Inc. ("Hallmark") (collectively "the parties") hereby request that the Court extend the time by which the parties may complete fact discovery until September 30, 2006. The parties further request that the Court extend the time by which they may submit dispositive motions up to and including November 31, 2006.

In support of this motion, the parties state that they need additional time to schedule depositions, conduct interviews, and that they continue to explore possible settlement.

WHEREFORE, Plaintiff Michelle E. Lattimer and Defendant Hallmark Health System, Inc. request that this Court grant their motion to extend the time in which they may complete fact discovery and submit dispositive motions up to and including September 30, 2006 and November 31, 2006 respectively.

                    Respectfully submitted,

| | |
|---|---|
| Michelle E. Lattimer<br>By her attorney | Hallmark Health System, Inc.<br>By its attorneys |
| /s/ Pamela J. Coveney<br>Pamela J. Coveney, BBO # 107280<br>Disability Law Center<br>11 Beacon Street, Suite 925<br>Boston, MA 02108<br>(617) 723-8455<br>(617) 542-6789 | /s/ John Simon<br>Kay H. Hodge, BBO # 236560<br>John Simon, BBO # 645557<br>Stoneman, Chandler & Miller, LLP<br>99 High Street<br>Boston, MA 02110 |

June 6, 2006