UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE E. LATTIMER,<br><br>    Plaintiff,<br><br>v.<br><br>HALLMARK HEALTH SYSTEM, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11072 RCL<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE FACT DISCOVERY

Plaintiff Michelle E. Lattimer (Plaintiff) and Defendant Hallmark Health System, Inc. (Hallmark) (collectively the parties) hereby request that the Court extend the time by which the parties may complete fact discovery until December 15, 2006. The parties further request that the Court extend the time by which they may submit dispositive motions up to and including February 2, 2007.

In support of this motion, the parties state that they need additional time to schedule depositions, conduct interviews, and that they continue to explore possible settlement.

WHEREFORE, Plaintiff Michelle E. Lattimer and Defendant Hallmark Health System, Inc. request that this Court grant their motion to extend the time in which they may complete fact discovery and submit dispositive motions up to and including

December 15, 2006, and February 2, 2007, respectively.

                                                      Respectfully submitted,

| Michelle E. Lattimer | Hallmark Health Systems, Inc. |
|---|---|
| By her attorney | By its attorneys |
| | |
| /s/ Pamela J. Coveney | /s/ John Simon |
| _____ | _____ |
| Pamela J. Coveney, BBO # 107280 | Kay H. Hodge BBO # 523656 |
| Disability Law Center | John Simon, BBO # 645557 |
| 11 Beacon Street, Suite 925 | Stoneman, Chandler, & Miller, LLP |
| Boston, MA 02108 | 99 High Street |
| (617) 723-8455 | Boston, MA 02110 |
| (617) 542-6789 | |

September 18, 2006