UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE E. LATTIMER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-cv-11072-RCL |
| HALLMARK HEALTH SYSTEM, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to assume their own attorney's fees and costs, and with each party waiving all rights of appeal and/or requests for fees or costs.

Respectfully submitted,

| The Plaintiff, | The Defendant, |
|---|---|
| MICHELLE E. LATTIMER, | HALLMARK HEALTH SYSTEM, INC., |
| By her attorney, | By its attorneys, |
| /s/Pamela J. Coveney | /s/John M. Simon |
| Pamela J. Coveney (BBO #102780) | Kay H. Hodge (BBO #236560) |
| Disability Law Center | John M. Simon (BBO #645557) |
| 11 Beacon Street, Suite 925 | Stoneman, Chandler & Miller, LLP |
| Boston, MA 02108 | 99 High Street |
| (617) 723-8455 | Boston, MA 02110 |
| | (617) 542-6789 |

Dated: December 22, 2006